# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ARTURO RIVERA-GALLEGOS,<br><br>　　　　　　　　Defendant. | CASE NO. 12-cr-03293-JLS<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

　　18:111(a) and (b) - Assault on a Federal Officer (Felony)(1)

　　8:1326(a) and (b) - Removed Alien Found in the United States(2)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/20/12

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　William McCurine, Jr.
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

FILED
SEP 20 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　　　　　DEPUTY